CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 4, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| In Re: § | |
| § | Case No. 20-70140-swe12 |
| Overstreet Dairy, LLC, § | |
|    *Debtor.* § | Chapter 12 Proceeding |
| § | |
| *Debtor.* § | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On this day came to be considered the Motion to Dismiss Chapter 11 Case ("Motion") filed by Overstreet Dairy, LLC, the Debtor in Possession in the above-referenced bankruptcy proceeding ("Debtor"), and the Court having considered the allegations set forth by the Debtor for the reason it seeks a dismissal, and being of the opinion that a dismissal of the case is appropriate, it is

THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtor's Chapter 12 case pending under Case No. 20-70140-swe12 in the United States Bankruptcy Court for the Northern District of Texas is hereby dismissed pursuant to the provisions of 11 U.S.C. Section 1208(b) and Bankruptcy Rule 1017.

### End of Order ###